**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

DOUGLAS WALKER,

    VS                                                         CASE NO.  3:06cv566/LAC/EMT

JAMES R. MCDONOUGH, ET AL

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on <u>March 15, 2007</u>
Motion/Pleadings: <u>MOTION FOR RECONSIDERATION OF MAGISTRATE'S ORDER (DOC #3)</u>
Filed by <u>PLAINTIFF</u> on <u>3/9/07</u> Doc.# <u>9</u>
RESPONSES:
           on       Doc.#     
           on       Doc.#     

☐ Stipulated     ☐ Joint Pldg.
☐ Unopposed     ☐ Consented

WILLIAM M. McCOOL, CLERK OF COURT

/s/ Teresa Cole
LC (1 OR 2)                      Deputy Clerk: Teresa Cole

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 19th day of March, 2007, that:*

*(a) The relief requested is **DENIED**.*

*(b)* _____

s/*L.A. Collier*
**LACEY A. COLLIER**
***United States District Judge***

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.