IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DOUGLAS WALKER,
    Plaintiff,

vs.                                   Case No.: 3:06cv566/LAC/EMT

JAMES R. McDONOUGH,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

        This cause is before the court upon referral from the clerk.  Plaintiff commenced this action by filing a habeas petition.  On January 11, 2007, after determining that Plaintiff's action was in the nature of civil rights, the court entered an order giving Plaintiff thirty (30) days in which to file a civil rights complaint under 42 U.S.C. § 1983 on the complaint form for use by prisoners (Doc. 3).  On March 20, 2007, an extension of time within which to file the complaint, to April 9, 2007, was given (Doc. 11).  Plaintiff failed to respond to the order; therefore, on April 16, 2007, the court issued an order requiring Plaintiff to show cause, within twenty (20) days, why this action should not be dismissed for failure to comply with an order of the court (Doc. 12).  The time for compliance with the show cause order has now elapsed with no response from Plaintiff.

        Accordingly, it is respectfully **RECOMMENDED**:

        That this case be **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to comply with an order of the court.

        At Pensacola, Florida, this 9th day of May 2007.

                                            /s/ *Elizabeth M. Timothy*
                                            **ELIZABETH M. TIMOTHY**
                                            **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.**  *See* **28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).**